FELIX J. TURTOR, PLAINTIFF-PETITIONER, v. RAFFAELE SANTANGELO, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Stout & O'Hagen* for the petitioner.

*Mr. Charles Frankel* for the respondents.

October 4, 1966. Granted.

ANTHONY L. CAMPARO, *ET AL.*, PLAINTIFFS-PETITIONERS, v. TOWNSHIP OF WOODBRIDGE, *ETC.*, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 91 *N. J. Super.* 585.

*Messrs. Winetsky & Brody* for the petitioners.

*Mr. Guido J. Brigiani* and *Mr. Norman Robbins* for the respondents.

October 4, 1966. Denied.

THE STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT DAVIS, DEFENDANT-PETITIONER.

*Mr. Benedict E. Lucchi* and *Mr. Donald R. Conway* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. Harold N. Springstead* for the respondent.

October 4, 1966. Denied.